CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
April 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **LARRY DONNELL MOSLEY,**<br>    **Plaintiff,** | **Civil Action No. 7:24cv00128** |
| **v.** | **MEMORANDUM OPINION** |
| **A.D. GONZALEZ, et al.,**<br>    **Defendant(s),** | **By:  Thomas T. Cullen**<br>**United States District Judge** |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983.  By order entered February 16, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, a statement of assets form, and an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On March 30, 2024, plaintiff returned a statement of assets form and filed a motion for extension of time to file the inmate account form and six-month statements. By order entered March 22, 2024, the court extended the time for the plaintiff to comply with the Order to April 22, 2024. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

Plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of April, 2024.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION